

**Entered on Docket**
**September 22, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

America's Servicing Company
09-71598 / 1127114400

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Jose Luis Curiel

Debtors.

BK-S-08-16865-lbr

MS Motion No.
Date:
Time:

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 4 Monthly Payments at $2,871.49 | $11,485.96 |
| (March 1, 2009- June 1, 2009) | |
| 3 Late Charges at $128.76 each | $386.28 |
| (March 16, 2009 – May 16, 2009) | |
| Motion Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Less Debtor suspense | - ($3.51) |
| Total Arrearages | $12,768.73 |

The above arrearage shall be paid in six (6) monthly installments of $2,128.12. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the June 20, 2009 payment and continuing throughout and concluding on or before November 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the July 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 165 Adomeit Dr. , Henderson, NV 89074, and legally described as follows:

Lot Forty-Eight (48) of MONTECITO AT SILVER SPRINGS UNIT I, as shown by map thereof on File in Book 44 of Plats, Page 64, and amended by Certificate of Amendment recorded January 11, 1990 in Book 900111 of Official Records as Document No. 00685, in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

1   Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

2   subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete

3   possession thereof.

4

5   Submitted by:

6   WILDE & ASSOCIATES

7

8   By

9       GREGORY L. WILDE, ESQ.

10      Attorneys for Secured Creditor
        208 South Jones Boulevard
        Las Vegas, Nevada 89107

11

12  APPROVED AS TO FORM & CONTENT:

13  Rick A. Yarnall                  Philip K. Goldstein

14  By    8-17-09         By

15  Rick A. Yarnall                  Philip K. Goldstein

16  Chapter 13 Trustee            Attorney for Debtors
    701 Bridger Avenue #820       609 S. 7th Street

17  Las Vegas, NV 89101           Las Vegas, NV 89101

18                               Nevada Bar No._____

19

20

21

22

23

24

25

26