Filed Electronically_____

**Entered on Docket**
**January 08, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company
09-71598 / 1127114400

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| In Re: | 08-16865-lbr |
|---|---|
| Jose Luis Curiel | Motion no. Date: Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on November 20, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to
3  Secured Creditor, America's Servicing Company its assignees and/or successors in interest, and Secured
4  Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally
5  described as 165 Adomeit Dr., Henderson NV and legally described as follows:

6  Lot Forty-Eight (48) of MONTECITO AT SILVER SPRINGS UNIT I, as shown by map
thereof on File in Book 44 of Plats, Page 64, and amended by Certificate of Amendment recorded
7  January 11, 1990 in Book 900111 of Official Records as Document No. 00685, in the Office of the
County Recorder of Clark County, Nevada.
8

9  pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete
10  possession of the subject property.

11
**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**
12
**give Debtors at least five business days' notice of the time, place and date of sale.**
13

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
15  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee
16  of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its
17  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the
18  foreclosure sale.

19  DATED this 4th day of January, 2010.

20

21  Submitted by:
22  Wilde & Associates

23  By /S/GREGORY L. WILDE
24  GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
25  208 South Jones Boulevard
Las Vegas, Nevada 89107
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_  The court waived the requirements of LR 9021.
\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.
\_x\_\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order
\_\_\_\_  waived the right to review the order and/or  \_x\_\_  failed to respond to the document
\_\_\_\_  appeared at the hearing, waived the right to review the order
\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order
\_\_\_\_  waived the right to review the order and/or  \_x\_\_  failed to respond to the document

\_\_\_\_  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order
\_\_\_\_  waived the right to review the order and/or  \_\_\_\_  failed to respond to the document
\_\_\_\_  appeared at the hearing, waived the right to review the order
\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order
\_\_\_\_  waived the right to review the order and/or  \_\_\_\_  failed to respond to the document

\_\_\_\_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor